# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

No. 11-40038
Conference Calendar

August 16, 2011

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ENYIL RAUL MORADEL-RUIZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:10-CR-1252-1

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Enyil Raul Moradel-Ruiz presents arguments that he concedes are foreclosed by *United States v. Izaguirre-Flores*, 405 F.3d 270, 277-78 (5th Cir. 2005), which held that the North Carolina offense of taking indecent liberties with a child constituted "sexual abuse of a minor" and thus is a crime of violence for purposes of the 16-level enhancement under U.S. Sentencing Guidelines Manual § 2L1.2(b)(1)(A)(ii). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.